# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER

| | |
|---|---|
| KRISTOPHER R. MAJORS and wife, CARIE MAJORS, <br><br> Plaintiffs, <br><br> v. <br><br> STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, <br><br> Defendant. | No. 4:12-CV-00058 <br> District Judge: Harry S. Mattice, Jr. <br> Magistrate Judge: William B. Carter |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that the plaintiffs' action against State Auto Property & Casualty Insurance Company is voluntary DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees, court costs and discretionary costs.

Respectfully submitted,

s/ E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Defendant, State Auto Property & Casualty Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787


s/ Jerre M. Hood

**JERRE M. HOOD**
Registration No. 4669
Attorney for Plaintiffs

156 1st Avenue NW
Winchester, TN 37398
(931) 967-0838


  s/ Robert S. Peters
**ROBERT S. PETERS**
Registration No. 3630
Attorney for Plaintiffs

**SWAFFORD, PETERS, PRIEST & HALL**
120 North Jefferson Street
Winchester, TN 37398
(931) 967-3888


## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of July, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Jerre M. Hood, Esquire
156 1st Avenue NW
Winchester, TN 37398

Robert S. Peters, Esquire
120 North Jefferson Street
Winchester, TN 37398


  s/ E. Jason Ferrell
**E. JASON FERRELL**