# SETTLEMENT NOTICE

CASE NUMBER: 4:12-CV-00058-HSM-WBC

STYLE: Majors et al. v State Auto Insurance Co.

TRIAL DATE: 12/2/2014

CASE REPORTED SETTLED BY: E. Jason Ferrell

WAS THE CASE MEDIATED OR ARBITRATED? (YES OR NO) No

WAS THE CASE SETTLED PURSUANT TO MEDIATION OR ARBITRATION?
(YES OR NO) No

ARBITRATOR/MEDIATOR(S) NAME: _____

DATE OF NOTICE: 7/15/2014

_____
Signature of Attorney